FILED
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**January 29, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

BRUCE MITCHELL CASS,

    Defendant - Appellant.

No. 25-5088
(D.C. No. 4:24-CR-00257-JDR-1)
(N.D. Okla.)

_____

**ORDER AND JUDGMENT**[*]

_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]

_____

This matter is before the court on the government's *Unopposed Motion to Remand for Resentencing*, in which it requests that the court vacate the appealed judgment and remand this appeal to the district court for resentencing.

Upon consideration and review of the record, the court:

A.    Grants the motion as modified below;

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this appeal is being decided on an unopposed motion to remand, this panel has determined unanimously that oral argument would not materially assist in the determination of the appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

B.      Remands this case to the district court for resentencing and to undertake, in its discretion, all necessary and appropriate proceedings required to resentence defendant-appellant Bruce Mitchell Cass in accord with the *Unopposed Motion to Remand for Resentencing* and the applicable law; and

C.      Directs the Clerk to issue the mandate forthwith.

Entered for the Court


Per Curiam